**CASE CLOSED**

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101-0652
Tel:   (973) 6224444
Fax:   (973) 624-7070
Attorneys for Plaintiff
New Generation Devices, Inc.

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW GENERATION DEVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>VETERINARY ORTHOPEDIC IMPLANTS, INC., a corporation, and CLAUDE GENDREAU, an individual,<br><br>Defendants. | Civil Action No.: 2:18-CV-12507-MCA-SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) and (c)** |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for plaintiff New Generation Devices, Inc. ("NGD") and for defendants Veterinary Orthopedic Implants, Inc. and Claude Gendreau ("Defendants") that the entire above-captioned action, including all claims, counterclaims, and defenses, shall be, and hereby are, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), with each party to bear its own legal fees and costs.

McCARTER & ENGLISH, LLP
Attorneys for Plaintiff
  New Generation Devices, inc.

By: s/ Michael R. Friscia
    Michael R. Friscia
    A Member of the Firm

Date: March 15, 2019

METHFESSEL & WERBEL, ESQS
Attorneys for Defendants
Veterinary Orthopedic Implants, Inc. and Claude Gendreau

By: *Charles T. McCook*
    Charles T. McCook, Jr.

Date: March 13, 2019

1

ME1 29741023v.1

SO ORDERED:

3/19/19

_____
Hon. Madeleine Cox Arleo
UNITED STATES DISTRICT JUDGE

2

ME1 29741023v.1